FILED

11/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0358

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Case No. DA-22-0358

DAVID LOCKHART AND DOREEN
LOCKHART,

          Plaintiffs-Appellants-
          Cross-Appellees,

v.

WESTVIEW MOBILE HOME PARK,

          Defendant-Appellee-
          Cross-Appellant.

**ORDER GRANTING MONTANA
ASSOCIATION OF REALTORS®
MOTION FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF**

The Montana Association of REALTORS®, Inc. has moved for leave to

submit an *amicus curiae* brief in this matter, pursuant to Mont. R. App. P. 12(7).

Good cause appearing,

IT IS ORDERED Montana Association of REALTORS® may file an *amicus*

*curiae* brief, to be due on the same date as Appellee Westview Mobile Home

Park's Answer Brief.

DATED this _____ day of November, 2022.

_____

_____

_____

_____
                Justices

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 22 2022